**224** LUTON (Pros. Attorney) vs. CIRCUIT JUDGE (Newaygo), 70 M., 152.

To vacate an order quashing a civil warrant and dismissing all proceedings thereon, and to reinstate the case for trial, the defendant having appealed from the justice's judgment, in a case where the affidavit did not state positively the facts authorizing

the issuance of the warrant, and failed to give the circumstances upon which affiant based his reason to believe that they existed.

Denied May 8, 1888.